IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **VANESSA CONTRERAS AND BENJAMIN CONTRERAS,** | § § § § | |
| *Plaintiffs*, | § | |
| v. | § | **CIVIL ACTION NO. 5:22-cv-114** |
| | § | |
| **GEICO CASUALTY CO., GEICO INSURANCE AGENCY, LLC, MICHAEL PAZ AND GRUPO NACIONAL PROVINCIAL S. A. B.,** | § § § § § | |
| *Defendants.* | § | |

## DEFENDANT GEICO INSURANCE AGENCY, LLC'S NOTICE OF REMOVAL

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE:**

COMES NOW Defendant GEICO Insurance Agency, LLC ("GEICO Agency"), and pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), removes this case from the 341st Judicial District Court of Webb County, Texas, to the United States District Court for the Southern District of Texas, Laredo Division. In support of this removal, GEICO Agency respectfully offers this Court the following:

### I.
### BRIEF FACTUAL AND PROCEDURAL BACKGROUND

**1.** This lawsuit arises out of the theft of Plaintiffs Vanessa Contreras and Benjamin Contreras' motor vehicle in Mexico. Plaintiffs' claim the stolen vehicle was covered under a policy of insurance, numbered 20074459 (GNP Policy Number), issued by Defendants to Plaintiffs. Plaintiffs also claim the policy covered Plaintiffs' vehicle which, at the time of the loss, was in Mexico. Therefore, according to Plaintiffs, this loss was a covered event.

1

*See* **Exhibit C**. See additional allegations in Plaintiffs' First Amended Petition. *Id.* On November 28, 2022, Plaintiffs filed suit against GEICO Agency in the 341st Judicial District Court of Webb County, Texas alleging breach of contract, violations of the Texas Insurance Code, and seeking a declaratory judgment that they are entitled to benefits under the policy. *See id* at ¶¶ 7.1–7.2. GEICO Agency filed its original answer in state court on December 6, 2022. *See* **Exhibit D**. GEICO Agency now timely files this Notice of Removal within 30 days after service and receipt of Plaintiffs' First Amended Petition. Additionally, this case is being removed within one year of the commencement of the action as required by 28 U.S.C. § 1445(c)(1).

## II.
### GROUNDS FOR REMOVAL

**2.**     Removal is proper because subject-matter jurisdiction is established under 28 U.S.C. §1332(a).

**A.**     **Amount in Controversy Exceeds $75,000.00.**

**3.**     The amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, because according to Plaintiffs' First Amended Original Petition, they seek "monetary relief in excess of $100,000." *See* **Exhibit C** at ¶ 4.1; *see also, e.g., Wilbanks v. N. Am. Coal Corp.*, 334 F. Supp. 2d 921, 924 (S.D. Miss. 2004) ("an explicit proclamation generally controls the amount in controversy question, as plaintiffs are regarded as masters of their own complaint and are presumed to proceed in good faith.").

B. **Complete Diversity of Citizenship.**

4. There is also complete diversity of citizenship between Plaintiffs and Defendants because:

- Plaintiffs are citizens of Texas and reside in Webb County, Texas. *See* **Exhibit C** at ¶ 2,1;

- GEICO Agency is a citizen of Maryland as its principal place of business in Maryland;

- Defendant GEICO Casualty Co. is a citizen of Maryland as its principal place of business in Maryland; and

- Defendants Michael Paz and Grupo Nacional Provincial S.A.B. have not been served and have not appeared in this suit; however, both defendants are citizens of Mexico.

### III.
### VENUE IS PROPER

5. Venue is proper in this Court under 28 USC § 1441(a), because this district and division embrace the place in which the removed State court action has been pending. Specifically, the Webb County Judicial District Court is within the district and division of the United States District Court of the Southern District of Texas, Laredo Division. *See* 28 U.S.C. §124(b)(3).

## V.
## DEFENDANT HAS COMPLIED WITH ALL PROCEDURAL REQUIREMENTS

6.  As required under 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon Defendant are attached to this Notice of Removal, and include the following[1]:

- **Exhibit A:** Index of Matters Being Filed;
- **Exhibit B:** Docket sheet from state court;
- **Exhibit C:** Plaintiffs' First Amended Petition;
- **Exhibit D:** GEICO Insurance Agency, LLC's Original Answer;
- **Exhibit E:** A list of all counsel of record;
- **Exhibit F:** GEICO's Rule 7.1 Disclosure Statement

7.  Defendant GEICO Casualty Co., the only other defendant that has appeared in this suit, consents to the removal of this action to federal court. 28 U.S.C. § 1446(b)(2)(A) & (C).

8.  On filing of this Notice of Removal, GEICO Agency will promptly provide written notice to Plaintiffs and file a copy of this Notice of Removal with the clerk of the State court where the suit has been pending, in accordance with 28 U.S.C. § 1446(d).

9.  In the event this Court subsequently identifies a defect in this Notice of Removal, GEICO Agency respectfully requests this Court to grant it leave to amend this Notice and cure the defect. *See, e.g., Sutton v. Advanced Aquaculture Sys., Inc.*, No. 07-CV-175-XR, 2007 WL 1032339, at *1 (W.D. Tex. April 3, 2007) (explaining "Defendants may still

---

[1] The State court judge(s) has not signed any orders in this case.

amend their notice of removal after the expiration of the original 30-day time limit for removal."); *Lafayette City-Parish Consol. Government v. Chain Elec. Co.*, No. 11–1247, 2011 WL 4499589, *7 (W.D. La. Sept. 23, 2011) (explaining "defendants may freely amend the notice of removal required by section 1446(b).").

10. By filing this Notice of Removal, GEICO Agency does not waive any legal defenses, but expressly reserves its right to raise any and all legal defenses in subsequent pleadings in this Court.

11. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required under 28 U.S.C. §1446(a).

## VI.
### CONCLUSION

GEICO Agency respectfully submits that it has complied with the removal statutes set forth above, and thus, this case stands removed from the 341st Judicial District Court of Webb County to the United States District Court for the Southern District of Texas, Laredo Division.

        Respectfully submitted,

        **GERMER BEAMAN & BROWN PLLC**
        One Barton Skyway
        1501 South Mopac Expressway, Suite A400
        Austin, Texas 78746
        (512) 472-0288 (t)
        (512) 472-9260 (f)

By: _/s/ W. Paul Miller_
        W. Paul Miller
        State Bar No. 24068130
        wpm-svc@germer-austin.com **\*\***
**ATTORNEY FOR DEFENDANT GEICO INSURANCE AGENCY, LLC**

**\*\*** *Service by e-mail or other electronic means must include this e-mail address for proper service*

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record, as indicated below, on this 14th day of December 2022.

Silverio Martinez                        *Via E-Mail:* smartinez@smlawfirm.net
**LAW OFFICE OF SILVERIO MARTINEZ, P. C.**
1414 Victoria Street
Laredo, Texas 78040
Telephone: (956) 724-5047
**ATTORNEY FOR PLAINTIFFS**

                                              W. Paul Miller